UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                                     Case No.  2:25-CR-200

**Roderick V. Tyree**

---

**COURTROOM   MINUTES**
**ARRAIGNMENT ON INFORMATION**

| JUDGE: | Norah McCann King | DATE AND TIME: | 12/17/25 @ 10:15 AM |
|---|---|---|---|
| DEPUTY CLERK: | Spencer D. Harris | COUNSEL FOR GOVT: | P Glenn-Applegate |
| COURT SMART | L DuFour | COUNSEL FOR DEFT(S). | D Regensburger |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | D McCafferty |

Dft appeared with counsel and consents
to plead before a US Magistrate Judge;
Dft waives Indictment; Dft pleads GUILTY
to the pending charges; RR to be issued
PSI to be ordered; Dft to remain on Bond
pending sentencing;

 Court adjourn.